It is so ordered 6/17/05.

s/John R. Adams

U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELEANOR MORGAN, et al., | ) | CASE NO:   5:04 CV 2525 |
| | ) | |
| Plaintiffs | ) | JUDGE ADAMS |
| | ) | MAGISTRATE JUDGE LIMBERT |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| | ) | WITH RESPECT TO PLAINTIFF |
| | ) | ELIZABETH RHOADES |
| | ) | |
| HONORABLE LINDA TEODOSIO, et al. | ) | |
| in her individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Plaintiff Elizabeth Rhoades, by and through her undersigned counsel, and hereby voluntarily dismisses her claims pursuant to Fed. R. Civ. P. 41.  This dismissal does not, in any way, relate to the claims being pursued by the remaining Plaintiffs.

Respectfully submitted,

s/ Richard N. Selby, II
Richard N. Selby, II, (0059996)
Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391
*Counsel for Plaintiffs*