It is so ordered 10/17/05.
s/John R. Adams
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELEANOR MORGAN, et al., | ) | CASE NO: 5:04 CV 2525 |
| | ) | |
| Plaintiffs | ) | JUDGE ADAMS |
| | ) | MAGISTRATE JUDGE LIMBERT |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| | ) | WITH RESPECT TO PLAINTIFFS, |
| | ) | ELEANOR MORGAN, |
| | ) | JESSICA KLEPPER, AND |
| | ) | MODESTOS KOTSATOS |
| | ) | |
| HONORABLE LINDA TEODOSIO, et al. | ) | |
| in her individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come Plaintiffs, Eleanor Morgan, Jessica Klepper and Modestos Kotsatos, pursuant to a stipulation by the undersigned counsel for all parties, and hereby voluntarily dismiss their claims pursuant to Fed. R. Civ. P. 41, with prejudice.

Respectfully submitted,

Eleanor Morgan,
Jessica Klepper, and
Modestos Kotsatos
By: _____
Richard N. Selby, II

/s/Richard N. Selby, II
Richard N. Selby, II (#0059996)
rselby@dworkenlaw.com
Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391
Attorney for Plaintiffs

Linda Tucci Teodosio, in her individual
and official capacities,
Summit County Court of Common Pleas,
Juvenile Division, and
Summit County Ohio

By: /s/ Arlene Sokolowski-Craft
Arlene Sokolowski-Craft

Linda Tucci Teodosio, in her individual
capacity

By: /s/ Kimberly Vanover Riley
Kimberly Vanover Riley

/s/Arlene Sokolowski-Craft
Arlene Sokolowski-Craft (#0073935)
craft@prosecutor.summitoh.net
Sherri Bevan Walsh
Summit County Prosecutor
53 University Avenue, 6th Floor
Akron, OH 44308
(330) 643-2800
Attorney for Defendants

/s/Kimberly Vanover Riley
George D. Jonson (#0027124)
gjonson@mrj.cc
Kimberly Vanover Riley (#0068187)
kriley@mrj.cc
Montgomery, Rennie & Jonson
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202
(513) 241-4722
Attorneys for Defendant,
Linda Tucci Teodosio, in her individual capacity

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard N. Selby, II
Richard N. Selby, II, #0059996
Dworken & Bernstein Co., L.P.A.
Attorneys for Plaintiffs